UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TIMOTHY CRAIG RANDALL

        Defendant.

CR. No. 2:06-341 WBS

ORDER

----oo0oo----

        Defendant, proceeding <u>pro se</u>, filed a motion to reduce supervised release term on October 1, 2012, and the case was reassigned to the undersigned on February 15, 2013. The United States shall file an opposition to defendant's motion no later than March 19, 2013. Defendant may then file a reply no later than April 3, 2013. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

DATED: February 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1